# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| MUTUAL BENEFIT INSURANCE COMPANY | : |
| | : |
| Plaintiff, | : |
| | : Case No.: 1:19-cv-01422-GLR |
| v. | : |
| | : |
| MIRIAM BREEDEN AND KENNETH BREEDEN | : |
| | : |
| Defendants. | : |

## MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT

Miriam Breeden, one of the Defendants, by George C. Davis, Esq. her attorney, respectfully requests that this Court grant her leave pursuant to Rule 14(a) of the Federal Rules of Civil Procedure to file a Third-Party complaint. The reasons and law in support of this Motion are more fully set forth in the attached Memorandum.

Respectfully Submitted,

_____/s/_____
George C. Davis, Esq.     Bar # 02579
608 Baltimore Avenue
Baltimore, Maryland 21204
410-978-4111
410-828-8713 fax
davislaw@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of August, 2019, a copy of the foregoing Motion and Supporting Memorandum for Leave to File Third Party Complaint, Proposed Order and Exhibit

A – Third Party Complaint was delivered electronically to:

    Alexander Nemiroff   (Bar No. 14143)
    Jacob C. Cohn
    Michael C. Heyden, Jr.
    Gordon, Rees, Scully, Mansukhani, LLP
    Three Logan Square
    1717 Arch Street, Suite 610
    Philadelphia, PA  19103
    anemiroff@gordonrees.com
    jcohn@gordonrees.com
    mheyden@gordonrees.com
    Attorneys for Plaintiff,
    Mutual Benefit Insurance Company

And emailed and mailed via first class mail, postage prepaid, to:

    Kenneth Breeden
    8821 Orchard Tree Lane
    Towson, MD  21286


                            /s/
                George C. Davis, Esq.     Bar # 02579
                608 Baltimore Avenue
                Baltimore, Maryland 21204
                410-978-4111
                410-828-8713 fax
                davislaw@comcast.net